# MINUTE ORDER

Page 8

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 10/28/2019   Time: 2:00 p.m.

Defendant: 2) HEVERT GODOY BENALCAZAR    J#: 51334-018    Case #: 19-3712-MJ-OTAZO-REYES
AUSA: Michael Thakur     Attorney:
Violation: CONSP/PWID COCAINE WHILE ON BOARD A VESSEL    Surr/Arrest Date: 10/27/2019   YOB: 1961

Proceeding: Initial Appearance     CJA Appt: Victor Rocha ✓
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts CJA
- Gvt req PTD

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
(PTD)/Bond Hearing: 10/31   10a   Duty   MJA
(Prelim/Arraign) or Removal: 11/12   11   ()   ||
Status Conference RE:
D.A.R. 14:11:25 / 15:24:27     Time in Court: 5 mins
s/Jacqueline Becerra     Magistrate Judge